IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, | ) ) ) ) ) ) | District Judge: |
| Plaintiffs, | ) ) | Magistrate Judge: |
| vs. | ) ) | Case No: |
| INT. CON. CORP., | ) ) | |
| Defendant. | ) ) ) ) | |

## COMPLAINT

Plaintiffs, the Construction Industry Retirement Fund of Rockford, Illinois and Construction Industry Welfare Fund of Rockford, Illinois, by their attorneys, WilliamsMcCarthyLLP, bring this Complaint against Defendant, Int. Con. Corp.

### COUNT I
### (Failure to Pay Contributions to the Funds)

1. Jurisdiction in this cause is based upon §301 of the Labor-Management Relations Act ("LMRA"), as amended. 29 U.S.C. § 185(a).

2. Jurisdiction in this cause is also based upon §502 of the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended. 29 U.S.C. § 1132.

3. Venue is proper pursuant to 29 U.S.C. § 1132(e)(2) in this District because The Construction Industry Retirement Fund of Rockford, Illinois and The Construction Industry

Welfare Fund of Rockford, Illinois is administered in Rockford, Illinois (collectively referred to as "the Funds" or "Plaintiffs").

4. The Funds are a multi-employer benefits plan withing the meaning of ERISA. It is established and maintained pursuant to its respective Agreements and Declarations of Trust in accordance with § 302(c)(5) of the LMRA. 29 U.S.C. § 186(c)(5). The Funds have standing to sue pursuant to 29 U.S.C. § 1132(d)(1) and 29 U.S.C. § 185(a).

5. Defendant is engaged in the construction industry and is doing business within this geographic area, is an industry affecting interstate commerce, and is an employer within the meaning of § 3(5) of ERISA and § 301(a) of the LMRA.

6. Chicago Regional Council of Carpenters, ("the Union") is a labor union which represents its members in negotiations and dealing with employers with respect to rates of pay, hours of work, and other conditions of employment.

7. On or about March 1, 2017, Defendant entered into a Memorandum of Agreement with the Union, evidence of which is attached hereto and made a part hereof as **Exhibit A**.

8. Under the terms of the Memorandum of Agreement, and the Collective Bargaining Agreement and Trust Agreements incorporated therein (the "Agreements"), Defendant is required to make contributions on behalf of its employees covered by the Agreements for pension benefits, health and welfare benefits, apprentice, working dues and to submit monthly remittance reports in which it identifies the employees covered under the Agreements and the amount of contributions to be remitted to the Funds on behalf of each covered employee.

9. Under the terms of the Agreements, contributions to the Funds are due on the

2013-03-21 Complaint

- 2 -

15th day of the month following the month hours are worked and are considered delinquent after the 25th day of the month.

10. Under the terms of the Agreements, any employer who fails to make the contributions by the 25th day of the month after the work was performed is required to pay an additional amount of ten percent (10%) in liquidated damages, along with all legal fees and costs expended to collect the amounts owed.

11. Under the terms of the Agreements to which Defendant is bound, Defendant is required to submit its books and records to the Funds on demand for an audit to determine benefit contribution compliance.

12. Beginning January 1, 2017 through October 31, 2017, Defendant has failed to report and/or pay contributions and/or liquidated damages owed to the Funds in violation of its contractual obligations and the obligations under State and Federal law (see **Exhibit B** attached hereto and made a part hereof).

13. As a direct and proximate result of Defendant's failure to pay contributions, Defendant's employees are in jeopardy of losing their health and welfare eligibility and benefits.

14. Defendant's actions in failing to make timely reports and contributions violate § 515 of ERISA, 29 U.S.C. § 1145, and §301 of the LMRA. 29 U.S.C. § 185.

15. Pursuant to § 502(g)(2) of ERISA, 29 U.S.C. § 1132(g)(2), §301 of the LMRA, 29 U.S.C. § 185, and the terms of the Agreements, Defendant is liable to the Funds for unpaid contributions, as well as interest and liquidated damages on the unpaid and late contributions, reasonable attorney's fees and costs, and such other legal and equitable relief as the Court deems appropriate.

WHEREFORE, Plaintiffs respectfully request that this Court enter a Judgment against Defendant, Int. Con. Corp., as follows:

(a) Directing Defendant to submit its books and records to an audit on demand by Plaintiffs;

(b) Entering judgment in a sum certain against Defendant on any amount shown due and owing pursuant to the audit, including unpaid contributions, liquidated damages, interest, audit costs and attorney's fees and costs;

(c) Enjoining Defendant from violating the terms of the Agreements;

(d) Awarding Plaintiffs any further legal and equitable relief as the Court deems appropriate; and

(e) Ordering Defendant to remain current in payment of all contributions to the Funds.

>THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS, Plaintiffs,
>
>By: WILLIAMSMCCARTHYLLP
>
>  /s/   Troy E. Haggestad
>Troy E. Haggestad (#06229384)
>WILLIAMSMcCARTHY, LLP
>120 West State Street, Suite 400
>P.O. Box 219
>Rockford, IL 61105-0219
>815/987-8900
>thaggestad@wilmac.com

## Memorandum of Agreement

| | | | | |
|---|---|---|---|---|
| **Employer** | INT CON CORP | | **Address:** | 162 W RIVER ST |
| **City** | ROCKTON | **State** IL **Zip** 61072 | **PHONE** | 815-601-4980 |

THIS AGREEMENT is entered into between the Chicago Regional Council of Carpenters ("Union") and the Employer, including its successors and assigns covering the geographic jurisdiction of the Union including the following counties in *Illinois*: Adams, Boone, Brown, Bureau, Carroll, Cass, Champaign, Christian, Clark, Coles, Cook, Crawford, Cumberland, De Kalb, Dewitt, Douglas, DuPage, Edgar, Effingham, Ford, Fulton, Green, Grundy, Hancock, Henderson, Henry, Iroquois, Jasper, Jo Daviess, Kane, Kankakee, Kendall, Knox, Lake, La Salle, Lee, Livingston, Logan, Macon, Macoupin, Marshall, Mason, McDonough, McHenry, McLean, Menard, Mercer, Montgomery, Morgan, Moultrie, Ogle, Peoria, Piatt, Pike, Putnam, Rock Island, Sangamon, Shelby, Schuyler, Scott, Stark, Stephenson, Tazewell, Vermilion, Warren, Whiteside, Will, Winnebago, Woodford. The following counties in *Iowa*: Louisa (north of the Iowa River), Muscatine, and Scott; *For Millwright work, the Illinois counties listed above and the following Iowa counties:* Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth and Wright. The Union and the Employer do hereby agree to the following:

1. The Employer recognizes the Union as the sole and exclusive bargaining representative on behalf of its employees who are working within the territorial and occupational jurisdiction of the Union. The Employer has reviewed sufficient evidence and is satisfied that the Union is the exclusive bargaining representative of a majority of its employees presently working within the territorial and occupational jurisdiction of the Union.

2. The Employer and the Union agree to incorporate into this Memorandum Agreement and to be bound by the Agreements negotiated between the Chicago Regional Council of Carpenters and various employers and employer associations throughout its territorial jurisdiction, including all Area Agreements for the period beginning with the execution of this Memorandum Agreement and ending on the expiration dates of any current and successor Agreements which are incorporated herein. Unless the Employer provides written notice by certified mail to the Chicago Regional Council of its desire to terminate or modify the Agreements at least three (3) calendar months prior to the expiration of such Agreements or unless otherwise stated in the Agreement, the Agreements shall continue in full force and effect through the full term and duration of all subsequent Agreements which are incorporated by reference.

3. The Employer agrees to be bound to the terms of the various Trust Agreements to which contributions are required to be made under the Agreements incorporated in Paragraph 2, including all rules and regulations adopted by the Trustees of each Fund.

In Witness Whereof the parties have executed this Memorandum of Agreement on this 1st day of MARCH, 2017.

**EMPLOYER**

_____
Stephen Terry
Print Name and Title

**CHICAGO REGIONAL COUNCIL OF CARPENTERS**

Dan O'Connell
Authorized Regional Council Representative



EXHIBIT A

# Agreements

## (Illinois Central Region)

Mid American Regional Bargaining Association, Cook, Lake and DuPage
Mid American Regional Bargaining Association, Kane, Kendall and McHenry
Mid American Regional Bargaining Association, Will
Kankakee Contractors Association
Residential Construction Employers Council, Cook, Lake and DuPage
Residential Construction Employers Council, Will
Residential Construction Employers Council, Grundy
Woodworkers Association of Chicago (Mill-Cabinet)
Contractors Association of Will and Grundy Counties
Midwest Wall and Ceiling Contractors' Association

## (Illinois Western Region)

Quad City Builders Association, Commercial, Rock Island Mercer, Henry and Henderson
Floor Covering, Rock Island, Mercer, Henry and Henderson
Residential, Henry, Mercer Rock Island, and Henderson
Illinois Valley Contractors' Association Commercial, Bureau, LaSalle, Marshall, Putnam and Stark
Residential, Boone, Bureau, Carroll, DeKalb, Jo Daviess, LaSalle, Lee, Marshall, Ogle, Putnam, Stark, Stephenson, Whiteside and Winnebago
Commercial, DeKalb, portions of Ogle and Lee
Residential Construction Employers' Council, Boone, Bureau, Carroll, DeKalb, Jo Daviess, LaSalle, Lee, Marshall, Ogle, Putnam, Stark, Stephenson, Whiteside and Winnebago
Northern Illinois Building Contractors Association Inc., Boone, Carroll, , Jo Daviess, portion of Lee, portion of Ogle, Stephenson, Whiteside and Winnebago
Floor Covering, Boone, Carroll, DeKalb, Jo Daviess, Lee, Ogle, Stephenson, Whiteside and Winnebago
Millwright, Boone, Bureau, Carroll, DeKalb, Henderson, Henry, Jo Daviess, LaSalle, Lee, Marshall, Mercer, Ogle, Putnam, Rock Island, Stark, Stephenson, Whiteside, and Winnebago
Associated General Contractors of Illinois (Heavy and Highway) Highway Districts 2-3

## (Iowa)

Quad City Builders' Association, Commercial, Muscatine, Scott, Louisa north of Iowa River
Floorcovering, Louisa north of Iowa River, Muscatine and Scott
Residential, Louisa north of the Iowa River, Muscatine, Scott
Millwright Local 2158 and the Illowa Millwright Contractors' Association, Allamakee, Appanoose, Benton, Black Hawk, Bremer, Buchanan, Butler, Cedar, Cerro Gordo, Chickasaw, Clayton, Clinton, Davis, Delaware, Des Moines, Dubuque, Fayette, Floyd, Franklin, Grundy, Hancock, Henry, Howard, Iowa, Jackson, Jefferson, Johnson, Jones, Keokuk, Kossuth, Lee, Linn, Louisa, Mahaska, Mitchell, Monroe, Muscatine, Scott, Tama, Van Buren, Wapello, Washington, Wayne, Winnebago, Winneshiek, Worth and Wright
Heavy and Highway Associated Contractors Agreement Scott County
Heavy and Highway Contractors' Association, Louisa north of the Iowa River and Muscatine

(Illinois Southern Region)

Central Illinois Builders of AGC
Builders' Association of Tazewell County
Greater Peoria Contractors' and Suppliers' Association, Inc.
Residential Agreement
AGC Heavy & Highway Agreement
Mid-Central Illinois Millwright Contractors' Association Agreement
Central Illinois Builders-Greater Peoria-Tazewell Commercial Agreement
Central Illinois Builders-Greater Peoria-Tazewell Residential Agreement

The Employers Acknowledges receipt of a current copy of each agreement under which the company will be performing work. Each of the agreements are available upon request

It is also understood and agreed that it is the Employers' obligation to make a request for additional Collective Bargaining Agreement(s) in the event that the Company performs work in areas for which it has not already obtained a copy of the applicable Agreement.

_____FNTCon_____
Employer

Date ___3/1/17_____

# RICHARD J. WOLF AND COMPANY, INC.

Post Office Box 591
Palos Park, Illinois 60464
(708) 923-0909
Fax (708) 923-0910



November 21, 2017

Board of Trustees of the Various
Fringe Benefit Funds of the
Construction Industry Funds

RE: IntCon Inc. (10828)

We have performed a fringe benefit contribution compliance audit of IntCon Inc., for the period from January 1, 2013 through October 31, 2017. The audit encompassed the comparison of individual earnings records to certain payroll tax and fund reports and a review of the general disbursements records.

The comparison and review indicate that the employer has not complied with its fringe benefit contribution requirements and owes the following amounts:

| FUND | AMOUNT |
|---|---|
| WELFARE | $46,302.11 |
| DEFINED BENEFIT | 8,192.36 |
| RETIREMENT | 17,825.68 |
| ADVANCEMENT | 1,567.39 |
| MKTG FUND | 331.24 |
| APPRENTICE | 2,813.55 |
| DUES 4% | 5,129.57 |
| UBC HEALTH | 468.95 |
| PROJ 1ST RATE | 113.63 |
| Sub Total | $82,744.48 |
| 10% Liq. Damages | $ 7,232.01 |
| TOTAL | $89,976.49 |

RICHARD J. WOLF AND COMPANY, INC.

EXHIBIT B

Int Con Corp

| | | |
|---|---|---|
| Audit | $ | 82,744.48 |
| Audit LD | $ | 7,232.01 |
| | $ | 89,976.49 |
| | | |
| Audit Fee | $ | 850.00 |
| Assessed LD | $ | 1,770.32 |
| Shortage | $ | 1,960.63 |
| | | |
| Total | $ | 94,557.44 |

11/21/2017
ARD

Page 1 of 11

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

**INTCON INC  #10828**

YEAR: 2017

*ADDITIONAL HOURS  1/17 - 12/17  (CODE 300)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GALVAN, SERGIO | # | Hours | - | - | - | - | 15.50 | - | - | - | - | - | - | - | 15.50 |
| HOOKER, JOHN | # | Hours | - | - | - | - | 147.50 | 36.00 | 13.50 | 61.50 | 20.50 | 1.00 | - | - | 280.00 |
| MAJDANELZIC, BORO | # | Hours | - | - | - | 10.00 | 101.00 | 89.00 | 34.00 | 51.00 | 34.25 | 13.00 | - | - | 332.25 |
| ORAMA, MARTIN | # | Hours | - | - | - | 2.00 | - | - | - | - | - | - | - | - | 2.00 |
| TERRY, SAM | # | Hours | - | - | - | 2.00 | 47.50 | 5.00 | 33.50 | 125.50 | 29.25 | 25.50 | - | - | 268.25 |
| **TOTAL HOURS** | | | - | - | - | 14.00 | 311.50 | 130.00 | 81.00 | 238.00 | 84.00 | 39.50 | - | - | 898.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ 136.50 | $ 3,037.13 | $ 1,350.70 | $ 841.59 | $ 2,472.82 | $ 872.76 | $ 410.41 | $ - | $ - | $ 9,121.91 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ 42.70 | $ 950.08 | $ 422.50 | $ 263.25 | $ 773.50 | $ 273.00 | $ 128.38 | $ - | $ - | $ 2,853.41 |
| RETIREMENT | $ - | $ - | $ - | $ 140.00 | $ 3,115.00 | $ 1,384.50 | $ 862.65 | $ 2,534.70 | $ 894.60 | $ 420.68 | $ - | $ - | $ 9,352.13 |
| ADVANCEMENT | $ - | $ - | $ - | $ 9.66 | $ 214.94 | $ 89.70 | $ 55.89 | $ 164.22 | $ 57.96 | $ 27.26 | $ - | $ - | $ 619.63 |
| MKTG FUND | $ - | $ - | $ - | $ 1.96 | $ 43.61 | $ 19.50 | $ 12.15 | $ 35.70 | $ 12.60 | $ 5.93 | $ - | $ - | $ 131.45 |
| APPRENTICE | $ - | $ - | $ - | $ 8.40 | $ 186.90 | $ 78.00 | $ 48.60 | $ 142.80 | $ 50.40 | $ 23.70 | $ - | $ - | $ 538.80 |
| DUES 4 % | $ - | $ - | $ - | $ 21.81 | $ 485.32 | $ 204.88 | $ 127.66 | $ 375.09 | $ 132.38 | $ 62.25 | $ - | $ - | $ 1,409.39 |
| UBC HEALTH | $ - | $ - | $ - | $ 1.40 | $ 31.15 | $ 13.00 | $ 8.10 | $ 23.80 | $ 8.40 | $ 3.95 | $ - | $ - | $ 89.80 |
| PROJ 1ST RATE | $ - | $ - | $ - | $ 0.70 | $ 15.58 | $ 6.50 | $ 4.05 | $ 11.90 | $ 4.20 | $ 1.98 | $ - | $ - | $ 44.91 |
| **TOTAL** | $ - | $ - | $ - | $ 363.13 | $ 8,079.71 | $ 3,569.28 | $ 2,223.94 | $ 6,534.53 | $ 2,306.30 | $ 1,084.54 | $ - | $ - | $ 24,161.43 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENEFI | 3.05 | BLDG. TRADES | |
| RETIREMENT | 10.00 | DUES  4 % | 1.558 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.14 | PROJ 1ST RATE | 0.05 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.39 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 3.25 | BLDG. TRADES | |
| RETIREMENT | 10.65 | DUES  4 % | 1.576 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.15 | PROJ 1ST RATE | 0.05 |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

**INTCON INC  #10828**

YEAR: 2017

*ADDITIONAL HOURS   1/17 - 12/17  (CODE 302)*

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOOKER, JOHN | # | Hours | - | - | - | - | 20.50 | 73.00 | 122.50 | 43.50 | 146.00 | 111.50 | - | - | 517.00 |
| MAJDANELZIC, BORO | # | Hours | - | - | - | 32.00 | 74.50 | 19.50 | 23.50 | 7.00 | 111.50 | 49.50 | - | - | 317.50 |
| TERRY, SAM | # | Hours | - | - | - | 47.50 | 22.50 | 11.00 | 76.50 | - | 82.00 | 33.00 | - | - | 272.50 |
| **TOTAL HOURS** | | | - | - | - | 79.50 | 117.50 | 103.50 | 222.50 | 50.50 | 339.50 | 194.00 | - | - | 1,107.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ 767.18 | $ 1,133.88 | $ 1,050.53 | $ 2,258.38 | $ 512.58 | $ 3,445.93 | $ 1,969.10 | $ - | $ - | $ 11,137.58 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ 219.42 | $ 324.30 | $ 285.66 | $ 614.10 | $ 139.38 | $ 937.02 | $ 535.44 | $ - | $ - | $ 3,055.32 |
| RETIREMENT | $ - | $ - | $ - | $ 266.33 | $ 393.63 | $ 346.73 | $ 745.38 | $ 169.18 | $ 1,137.33 | $ 649.90 | $ - | $ - | $ 3,708.48 |
| APPRENTICE | $ - | $ - | $ - | $ 47.70 | $ 70.50 | $ 62.10 | $ 133.50 | $ 30.30 | $ 203.70 | $ 116.40 | $ - | $ - | $ 664.20 |
| DUES  4 % | $ - | $ - | $ - | $ 96.51 | $ 142.65 | $ 126.68 | $ 272.34 | $ 61.81 | $ 415.55 | $ 237.46 | $ - | $ - | $ 1,353.00 |
| UBC HEALTH | $ - | $ - | $ - | $ 7.95 | $ 11.75 | $ 10.35 | $ 22.25 | $ 5.05 | $ 33.95 | $ 19.40 | $ - | $ - | $ 110.70 |
| **TOTAL** | $ - | $ - | $ - | $ 1,405.09 | $ 2,076.71 | $ 1,882.05 | $ 4,045.95 | $ 918.30 | $ 6,173.48 | $ 3,527.70 | $ - | $ - | $ 20,029.28 |

| Rates: | 7/1/16 | to | 6/30/17 |
|---|---|---|---|
| WELFARE | 9.65 | APPRENTICE | 0.60 |
| RETIREMENT | 3.35 | DUES | 1.214 |
| DEFINED BENEFI | 2.76 | UBC HEALTH | 0.10 |

| Rates: | 7/1/17 | to | 6/30/18 |
|---|---|---|---|
| WELFARE | 10.15 | APPRENTICE | 0.60 |
| RETIREMENT | 3.35 | DUES - 4% | 1.224 |
| DEFINED BENEFI | 2.76 | UBC HEALTH | 0.10 |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

**INTCON INC   #10828**

*YEAR: 2017*

*ADDITIONAL HOURS   1/17 - 12/17   (CODE 304)*

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BARRICKMAN, CHRIS | # | Hours | - | - | - | 1.00 | 67.50 | 57.25 | 49.50 | 16.00 | 52.50 | - | - | - | 243.75 |

| TOTAL HOURS | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | - | - | - | 1.00 | 67.50 | 57.25 | 49.50 | 16.00 | 52.50 | - | - | - | 243.75 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ 9.65 | $ 651.38 | $ 581.09 | $ 502.43 | $ 162.40 | $ 532.88 | $ - | $ - | $ - | $2,439.83 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ 1.66 | $ 112.05 | $ 95.04 | $ 82.17 | $ 26.56 | $ 87.15 | $ - | $ - | $ - | $ 404.63 |
| RETIREMENT | $ - | $ - | $ - | $ 2.01 | $ 135.68 | $ 115.07 | $ 99.50 | $ 32.16 | $ 105.53 | $ - | $ - | $ - | $ 489.95 |
| APPRENTICE | $ - | $ - | $ - | $ 0.60 | $ 40.50 | $ 34.35 | $ 29.70 | $ 9.60 | $ 31.50 | $ - | $ - | $ - | $ 146.25 |
| DUES 4% | $ - | $ - | $ - | $ 0.73 | $ 49.14 | $ 42.08 | $ 36.38 | $ 11.76 | $ 38.59 | $ - | $ - | $ - | $ 178.68 |
| UBC HEALTH | $ - | $ - | $ - | $ 0.10 | $ 6.75 | $ 5.73 | $ 4.95 | $ 1.60 | $ 5.25 | $ - | $ - | $ - | $ 24.38 |
| TOTAL | $ - | $ - | $ - | $ 14.75 | $ 995.50 | $ 873.36 | $ 755.13 | $ 244.08 | $ 800.90 | $ - | $ - | $ - | $3,683.72 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.65 | APPRENTICE | 0.60 |
| DEFINED BENE | 1.66 | BLDG. TRADES | |
| RETIREMENT | 2.01 | DUES 4% | 0.728 |
| ADVANCEMENT | | UBC HEALTH | 0.10 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.15 | APPRENTICE | 0.60 |
| DEFINED BENE | 1.66 | BLDG. TRADES | |
| RETIREMENT | 2.01 | DUES 4% | 0.735 |
| ADVANCEMENT | | UBC HEALTH | 0.10 |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

**INTCON INC    #10828**

YEAR: 2000

*ADDITIONAL HOURS    1/17 - 12/17  (CODE 332)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RARRICKMAN, CHRIS | # | Hours | - | - | - | 40.00 | 117.50 | 14.50 | 19.00 | 54.00 | 25.50 | - | - | - | 270.50 |
| HOLMES, FRED | # | Hours | - | - | - | - | 156.00 | 26.50 | 32.00 | - | - | - | - | - | 214.50 |
| **TOTAL HOURS** | | | - | - | - | 40.00 | 273.50 | 41.00 | 51.00 | 54.00 | 25.50 | - | - | - | 485.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ 390.00 | $ 2,666.63 | $ 425.99 | $ 529.89 | $ 561.06 | $ 264.95 | $ - | $ - | $ - | $4,838.52 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ 10.00 | $ 68.38 | $ 10.25 | $ 12.75 | $ 13.50 | $ 6.38 | $ - | $ - | $ - | $ 121.26 |
| RETIREMENT | $ - | $ - | $ - | $ 40.00 | $ 273.50 | $ 41.00 | $ 51.00 | $ 54.00 | $ 25.50 | $ - | $ - | $ - | $ 485.00 |
| ADVANCEMENT | $ - | $ - | $ - | $ 27.60 | $ 188.72 | $ 28.29 | $ 35.19 | $ 37.26 | $ 17.60 | $ - | $ - | $ - | $ 334.66 |
| MKTG FUND | $ - | $ - | $ - | $ 5.60 | $ 38.29 | $ 6.15 | $ 7.65 | $ 8.10 | $ 3.83 | $ - | $ - | $ - | $ 69.62 |
| APPRENTICE | $ - | $ - | $ - | $ 24.00 | $ 164.10 | $ 24.60 | $ 30.60 | $ 32.40 | $ 15.30 | $ - | $ - | $ - | $ 291.00 |
| DUES  4 % | $ - | $ - | $ - | $ 43.60 | $ 298.12 | $ 45.22 | $ 56.25 | $ 59.56 | $ 28.13 | $ - | $ - | $ - | $ 530.88 |
| UBC HEALTH | $ - | $ - | $ - | $ 4.00 | $ 27.35 | $ 4.10 | $ 5.10 | $ 5.40 | $ 2.55 | $ - | $ - | $ - | $ 48.50 |
| PROJ 1ST RATE | $ - | $ - | $ - | $ 2.00 | $ 13.68 | $ 2.05 | $ 2.55 | $ 2.70 | $ 1.28 | $ - | $ - | $ - | $ 24.26 |
| **TOTAL** | $ - | $ - | $ - | $ 546.80 | $ 3,738.77 | $ 587.65 | $ 730.98 | $ 773.98 | $ 365.52 | $ - | $ - | $ - | $6,743.70 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENE | 0.25 | | |
| RETIREMENT | 1.00 | DUES 4% | 1.09 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.14 | PROJ 1ST RATE | 0.05 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.39 | APPRENTICE | 0.60 |
| DEFINED BENE | 0.25 | | |
| RETIREMENT | 1.00 | DUES 4% | 1.103 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.15 | PROJ 1ST RATE | 0.05 |

11/21/2017
ARO

Page 5 of 11

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

**INTCON INC   #10828**

YEAR: 2017

*ADDITIONAL HOURS   1/17 - 12/17   (CODE 339)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HOLMES, FRED | # | Hours | - | - | - | - | 7.25 | 78.00 | 53.75 | 61.75 | 109.25 | - | - | - | 310.00 |

| TOTAL HOURS | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | - | - | - | - | 7.25 | 78.00 | 53.75 | 61.75 | 109.25 | - | - | - | 310.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ 69.96 | $ 791.70 | $ 545.56 | $ 626.76 | $ 1,108.89 | $ - | $ - | $ - | $3,142.87 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ 16.02 | $ 172.38 | $ 118.79 | $ 136.47 | $ 241.44 | $ - | $ - | $ - | $ 685.10 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ 19.43 | $ 209.04 | $ 144.05 | $ 165.49 | $ 292.79 | $ - | $ - | $ - | $ 830.80 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ 4.35 | $ 46.80 | $ 32.25 | $ 37.05 | $ 65.55 | $ - | $ - | $ - | $ 186.00 |
| DUES  4 % | $ - | $ - | $ - | $ - | $ 7.04 | $ 76.36 | $ 52.62 | $ 60.45 | $ 106.96 | $ - | $ - | $ - | $ 303.43 |
| UBC HEALTH | $ - | $ - | $ - | $ - | $ 0.73 | $ 7.80 | $ 5.38 | $ 6.18 | $ 10.93 | $ - | $ - | $ - | $ 31.02 |
| TOTAL | $ - | $ - | $ - | $ - | $ 117.53 | $ 1,304.08 | $ 898.65 | $ 1,032.40 | $ 1,826.56 | $ - | $ - | $ - | $5,179.22 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.65 | APPRENTICE | 0.60 |
| DEFINED BENE | 2.21 | BLDG. TRADES | |
| RETIREMENT | 2.68 | DUES  4% | 0.971 |
| ADVANCEMENT | | UBC HEALTH | 0.10 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.15 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | 2.21 | BLDG. TRADES | |
| RETIREMENT | 2.68 | DUES  4% | 0.979 |
| ADVANCEMENT | | UBC HEALTH | 0.10 |

11/21/2017
ARO

Page 6 of 11

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

**INTCON INC    #10828**

YEAR: 2017

*ADDITIONAL HOURS    1/17 - 12/17  (CODE 331)*

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GONZALES, JOE | # | Hours | - | - | - | - | 33.50 | 88.50 | 24.50 | 78.00 | 28.50 | 13.50 | - | - | 266.50 |
| KAUCHAK, TIM | # | Hours | - | - | - | 73.00 | 76.50 | 40.00 | 23.50 | 77.00 | 28.50 | 21.00 | - | - | 339.50 |
| TOTAL HOURS | | | - | - | - | 73.00 | 110.00 | 128.50 | 48.00 | 155.00 | 57.00 | 34.50 | - | - | 606.00 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ 711.75 | $ 1,072.50 | $ 1,335.12 | $ 498.72 | $ 1,610.45 | $ 592.23 | $ 358.46 | $ - | $ - | $6,179.23 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ 18.25 | $ 27.50 | $ 32.13 | $ 12.00 | $ 38.75 | $ 14.25 | $ 8.63 | $ - | $ - | $ 151.51 |
| ADVANCEMENT | $ - | $ - | $ - | $ 50.37 | $ 75.90 | $ 88.67 | $ 33.12 | $ 106.95 | $ 39.33 | $ 23.81 | $ - | $ - | $ 418.15 |
| MKTG FUND | $ - | $ - | $ - | $ 10.22 | $ 15.40 | $ 19.28 | $ 7.20 | $ 23.25 | $ 8.55 | $ 5.18 | $ - | $ - | $ 89.08 |
| APPRENTICE | $ - | $ - | $ - | $ 43.80 | $ 66.00 | $ 77.10 | $ 28.80 | $ 93.00 | $ 34.20 | $ 20.70 | $ - | $ - | $ 363.60 |
| DUES  4 % | $ - | $ - | $ - | $ 45.48 | $ 68.53 | $ 80.96 | $ 30.24 | $ 97.65 | $ 35.91 | $ 21.74 | $ - | $ - | $ 380.51 |
| UBC HEALTH | $ - | $ - | $ - | $ 7.30 | $ 11.00 | $ 12.85 | $ 4.80 | $ 15.50 | $ 5.70 | $ 3.45 | $ - | $ - | $ 60.60 |
| PROJ 1ST RATE | $ - | $ - | $ - | $ 3.65 | $ 5.50 | $ 6.43 | $ 2.40 | $ 7.75 | $ 2.85 | $ 1.73 | $ - | $ - | $ 30.31 |
| TOTAL | $ - | $ - | $ - | $ 890.82 | $ 1,342.33 | $ 1,652.54 | $ 617.28 | $ 1,993.30 | $ 733.02 | $ 443.70 | $ - | $ - | $7,672.99 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENEFI | 0.25 | BLDG. TRADES | |
| RETIREMENT | | DUES  4 % | 0.623 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.14 | PROJ 1ST RATE | 0.05 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.39 | APPRENTICE | 0.60 |
| DEFINED BENEFI | 0.25 | BLDG. TRADES | |
| RETIREMENT | | DUES  4 % | 0.630 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.15 | PROJ 1ST RATE | 0.05 |

11/21/2017
ARD

Page 7 of 11

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

INTCON INC    #10828

**YEAR: 2017**

*ADDITIONAL HOURS    1/17  -  12/17   (CODE 352)*

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GONZALES, JOE | # | Hours | - | - | - | 65.00 | 61.00 | 20.50 | 49.00 | 31.50 | 75.00 | 55.00 | - | - | 357.00 |
| KAUCHAK, TIM | # | Hours | - | - | - | - | - | 14.00 | 52.50 | 65.50 | 105.50 | 51.00 | - | - | 288.50 |
| **TOTAL HOURS** | | | - | - | - | 65.00 | 61.00 | 34.50 | 101.50 | 97.00 | 180.50 | 106.00 | - | - | 645.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ 627.25 | $ 588.65 | $ 350.18 | $1,030.23 | $ 984.55 | $1,832.08 | $1,075.90 | $ - | $ - | $6,488.84 |
| APPRENTICE | $ - | $ - | $ - | $ 39.00 | $ 36.60 | $ 20.70 | $ 60.90 | $ 58.20 | $ 108.30 | $ 63.60 | $ - | $ - | $ 387.30 |
| DUES   4 % | $ - | $ - | $ - | $ 39.46 | $ 37.03 | $ 21.11 | $ 62.12 | $ 59.36 | $ 110.47 | $ 64.87 | $ - | $ - | $ 394.42 |
| UBC HEALTH | $ - | $ - | $ - | $ 6.50 | $ 6.10 | $ 3.45 | $ 10.15 | $ 9.70 | $ 18.05 | $ 10.60 | $ - | $ - | $ 64.55 |
| **TOTAL** | $ - | $ - | $ - | $ 712.21 | $ 668.38 | $ 395.44 | $1,163.40 | $1,111.81 | $2,068.90 | $1,214.97 | $ - | $ - | $7,335.11 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.65 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | | BLDG. TRADES | |
| RETIREMENT | | DUES  4 % | 0.607 |
| ADVANCEMENT | | UBC HEALTH | 0.10 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.15 | APPRENTICE | 0.60 |
| DEFINED BENEFIT | | BLDG. TRADES | |
| RETIREMENT | | DUES  4% | 0.612 |
| ADVANCEMENT | | UBC HEALTH | 0.10 |

**CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792**

**INTCON INC   #10828**

**YEAR: 2017**

**UNREPORTED HOURS    1/17 to 12/17   (CODE 300)**

| S. S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOESCHER, JAIME | # | Hours | - | - | - | - | - | - | - | 94.50 | 38.50 | 19.50 | - | - | 152.50 |
| SMALLWOOD, MIKE xxx-xx-xxxx | # | Hours | - | - | - | - | 10.00 | - | - | - | - | - | - | - | 10.00 |
| TERRY, JOHN xxx-xx-xxxx | # | Hours | - | - | - | - | 40.00 | - | - | - | - | - | - | - | 40.00 |
| TREVINO, ROBERT xxx-xx-xxxx | # | Hours | - | - | - | 33.50 | 46.50 | - | - | - | - | - | - | - | 80.00 |
| **TOTAL HOURS** | | | - | - | - | 33.50 | 96.50 | - | - | 94.50 | 38.50 | 19.50 | - | - | 282.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ 326.63 | $ 940.88 | $ - | $ - | $ 981.86 | $ 400.02 | $ 202.61 | $ - | $ - | $2,852.00 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ 102.18 | $ 294.33 | $ - | $ - | $ 307.13 | $ 125.13 | $ 63.38 | $ - | $ - | $ 892.15 |
| RETIREMENT | $ - | $ - | $ - | $ 335.00 | $ 965.00 | $ - | $ - | $1,006.43 | $ 410.03 | $ 207.68 | $ - | $ - | $2,924.14 |
| ADVANCEMENT | $ - | $ - | $ - | $ 23.12 | $ 66.59 | $ - | $ - | $ 65.21 | $ 26.57 | $ 13.46 | $ - | $ - | $ 194.95 |
| MKTG FUND | $ - | $ - | $ - | $ 4.69 | $ 13.51 | $ - | $ - | $ 14.18 | $ 5.78 | $ 2.93 | $ - | $ - | $ 41.09 |
| APPRENTICE | $ - | $ - | $ - | $ 20.10 | $ 57.90 | $ - | $ - | $ 56.70 | $ 23.10 | $ 11.70 | $ - | $ - | $ 169.50 |
| DUES  4 % | $ - | $ - | $ - | $ 52.19 | $ 150.35 | $ - | $ - | $ 148.93 | $ 60.68 | $ 30.73 | $ - | $ - | $ 442.88 |
| UBC HEALTH | $ - | $ - | $ - | $ 3.35 | $ 9.65 | $ - | $ - | $ 9.45 | $ 3.85 | $ 1.95 | $ - | $ - | $ 28.25 |
| PROJ 1ST RATE | $ - | $ - | $ - | $ 1.68 | $ 4.83 | $ - | $ - | $ 4.73 | $ 1.93 | $ 0.98 | $ - | $ - | $ 14.15 |
| **TOTAL** | $ - | $ - | $ - | $ 868.94 | $2,503.04 | $ - | $ - | $2,594.62 | $1,057.09 | $ 535.42 | $ - | $ - | $7,559.11 |

| Rates: | 6/1/16 | to | 5/31/17 |
|---|---|---|---|
| WELFARE | 9.75 | APPRENTICE | 0.60 |
| DEFINED BENEFI | 3.05 | BLDG. TRADES | |
| RETIREMENT | 10.00 | DUES  4 % | 1.558 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.14 | PROJ 1ST RATE | 0.05 |

| Rates: | 6/1/17 | to | 5/31/18 |
|---|---|---|---|
| WELFARE | 10.39 | APPRENTICE | 0.60 |
| DEFINED BENEFI | 3.25 | BLDG. TRADES | |
| RETIREMENT | 10.65 | DUES  4 % | 1.576 |
| ADVANCEMENT | 0.69 | UBC HEALTH | 0.10 |
| MKTG FUND | 0.15 | PROJ 1ST RATE | 0.05 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792

INTCON INC    #10828

**YEAR: 2017**

UNREPORTED HOURS    1/17 to 12/17   (CODE 302)

| S.S. # | Flags | Type | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LOESCHER, JAIME | # | Hours | - | - | - | - | - | - | - | 6.50 | 65.50 | 29.00 | - | - | 101.00 |
| SMALLWOOD, MIKE xxx-xx-xxxx | # | Hours | - | - | - | - | 10.50 | - | - | - | - | - | - | - | 10.50 |
| TOTAL HOURS | | | - | - | - | - | 10.50 | - | - | 6.50 | 65.50 | 29.00 | - | - | 111.50 |

| AMOUNT DUE TO FUNDS: | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WELFARE | $ - | $ - | $ - | $ - | $ 101.33 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 101.33 |
| DEFINED BENEFIT | $ - | $ - | $ - | $ - | $ 28.98 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 28.98 |
| RETIREMENT | $ - | $ - | $ - | $ - | $ 35.18 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 35.18 |
| APPRENTICE | $ - | $ - | $ - | $ - | $ 6.30 | $ - | $ - | $ 3.90 | $ 39.30 | $ 17.40 | $ - | $ - | $ 66.90 |
| DUES 4% | $ - | $ - | $ - | $ - | $ 12.75 | $ - | $ - | $ 7.96 | $ 80.17 | $ 35.50 | $ - | $ - | $ 136.38 |
| UBC HEALTH | $ - | $ - | $ - | $ - | $ 1.05 | $ - | $ - | $ 0.65 | $ 6.55 | $ 2.90 | $ - | $ - | $ 11.15 |
| TOTAL | $ - | $ - | $ - | $ - | $ 185.59 | $ - | $ - | $ 12.51 | $ 126.02 | $ 55.80 | $ - | $ - | $ 379.92 |

| Rates: | 7/1/16 | to | 6/30/17 |
|---|---|---|---|
| WELFARE | 9.65 | APPRENTICE | 0.60 |
| RETIREMENT | 3.35 | DUES | 1.214 |
| DEFINED BENE | 2.76 | UBC HEALTH | 0.10 |

| Rates: | 7/1/17 | to | 6/30/18 |
|---|---|---|---|
| WELFARE | 10.15 | APPRENTICE | 0.60 |
| RETIREMENT | 3.35 | DUES - 4% | 1.224 |
| DEFINED BENE | 2.76 | UBC HEALTH | 0.10 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792

INTCON INC    #10828

RICHARD J. WOLF AND COMPANY, INC.

## SUMMARY REPORT TOTAL

|  | ADDITIONAL | UNREPORTED | TOTAL |
|---|---:|---:|---:|
| WELFARE | $ 43,348.78 | $ 2,953.33 | $ 46,302.11 |
| DEFINED BENEFIT | $ 7,271.23 | $ 921.13 | $ 8,192.36 |
| RETIREMENT | $ 14,866.36 | $ 2,959.32 | $ 17,825.68 |
| ADVANCEMENT | $ 1,372.44 | $ 194.95 | $ 1,567.39 |
| MKTG FUND | $ 290.15 | $ 41.09 | $ 331.24 |
| APPRENTICE | $ 2,577.15 | $ 236.40 | $ 2,813.55 |
| DUES 4% | $ 4,550.31 | $ 579.26 | $ 5,129.57 |
| UBC HEALTH | $ 429.55 | $ 39.40 | $ 468.95 |
| PROJ 1ST RATE | $ 99.48 | $ 14.15 | $ 113.63 |
| TOTAL | $ 74,805.45 | $ 7,939.03 | $ 82,744.48 |

CONSTRUCTION INDUSTRY FUNDS - GROUP #300, 302, 304, 331, 332, 339 & 352 - CARP #792

INTCON INC    #10828

RICHARD J. WOLF AND COMPANY, INC.

** GRAND TOTAL **

| | | |
|---|---|---:|
| WELFARE | $ | 46,302.11 |
| DEFINED BENEFIT | $ | 8,192.36 |
| RETIREMENT | $ | 17,825.68 |
| ADVANCEMENT | $ | 1,567.39 |
| MKTG FUND | $ | 331.24 |
| APPRENTICE | $ | 2,813.55 |
| DUES 4 % | $ | 5,129.57 |
| UBC HEALTH | $ | 468.95 |
| PROJ 1ST RATE | $ | 113.63 |
| TOTAL | $ | 82,744.48 |